

Minnesota—State v. Zywicki, 175 Minn. 508, 221 N.W. 900.

Florida—Cross v. State, 96 Fla. 768, 119 So. 380.

New Hampshire—In re Moulton, 96 N.H. 370, 77 A.2d 26.

Nebraska—Taylor v. State, 114 Neb. 257, 207 N.W. 207.

Louisiana—State v. Guidry, 169 La. 215, 124 So. 832.

Kansas—Cochran v. Simpson, 143 Kan. 273, 53 P.2d 502.

Virginia—Rand v. Commonwealth, 9 Grat. 738, 50 Va. 738.

Maine—State v. Woods, 68 Me. 409.

Oklahoma—Jones v. State, 9 Okl.Cr. 646, 133 P. 249, 48 L.R.A.,N.S., 204.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful possession of beer and whiskey in a dry area for the purpose of sale; the punishment, 30 days in jail and a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this appeal.